IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CHICORY COURT MADISON III LP,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:19-CV-2503-L** |
| | § | |
| **DANIY'EL BEY,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

On December 19, 2019, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 7) was entered, recommending that the court *sua sponte* remand this action to Dallas County Justice Court, Precinct 1, Place 1, for lack of subject matter jurisdiction. No objections to the Report were filed.

Having considered the Notice of Removal, record, and Report, the court concludes that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court *sua sponte* **remands** this action to Dallas County Justice Court, Precinct 1, Place 1, from wh ich it was removed, for lack of subject matter jurisdiction. The clerk of the court **shall** effect the remand in accordance with the usual procedure and **term** all pending motions.

**It is so ordered** this 7th day of January, 2020.

Sam A. Lindsay
United States District Judge

Order – Solo Page